**SEALED**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ARREST OF OUT-OF-DISTRICT OFFENSE

CASE NUMBER: **20-MJ-3799**

The person charged as **FRANCISCO OROZCO** now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the District of Utah, Central Division with:

Title **18** USC **922(g)(1)** - Unlawful Transport of Firearms and Felon in Possession of a Firearm and Criminal Forfeiture. The charging documents and warrant for the arrest of the defendant, which was issued by the above United States District Court, are attached hereto. I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 09/08/2020

_____ (signature)
SA Yolanda Loya _____ (print)

Reviewed and Approved

Dated: 9/8/2020

_____ (signature)
DANIEL K. GREENE _____ (print)
Assistant United States Attorney

AO 442     Case 2:19-cr-00334-CW   Document 2 *SEALED*   Filed 08/29/19   Page 1 of 1



# United States District Court
for the
**District of Utah**

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No: 2:19-cr-00334-001 CW |
| Orozco | |

## ARREST WARRANT

To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested)   **FRANCISCO OROZCO**,
who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information
[ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

This offense is briefly described as follows:

**UNLAWFUL TRANSPORT OF FIREARMS, ETC./Felon in Possession of a Firearm and Criminal Forfeiture**

in violation of   18:922(g)(1)   United States Code.

D. Mark Jones                                        Clerk of Court
Name of Issuing Officer                              Title of Issuing Officer

*Jennifer Richards* (signature)                      August 29, 2019 at Salt Lake City, Utah
Signature of Issuing Officer                         Date and Location

By:  Jennifer Richards
     Deputy Clerk

Bail fixed _____ by _____
                                    Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

JOHN W. HUBER, United States Attorney (#7226)
JOSHUA BROTHERTON, Special Assistant United States Attorney (#16207)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: joshua.brotherton@usdoj.gov



FILED
U.S. DISTRICT COURT
2019 AUG 29 P 4: 21
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | **INDICTMENT** |
|---|---|
| Plaintiff, | VIOLATION: |
| vs. | Count I: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm |
| FRANCISCO OROZCO, | |
| Defendant. | Case: 2:19-cr-00334<br>Assigned To : Waddoups, Clark<br>Assign. Date : 8/29/2019<br>Description: |

The Grand Jury Charges:

### COUNT I
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

Beginning on a date unknown to the Grand Jury, and continuing through on or about May 30, 2019, in the Central Division of the District of Utah,

FRANCISCO OROZCO,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Derringer 9mm pistol, and the firearm was in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(1).

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction of an offense alleged herein in violation of 18 U.S.C. §§ 922 and/or 924 and/or 21 U.S.C. § 841, the defendant shall forfeit any firearms and ammunition involved in or used in the commission of the offense, including, but not limited to: a Derringer 9mm pistol and associated ammunition.

A TRUE BILL:

/S/
_____
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

*/signature/*
_____
JOSHUA BROTHERTON
Special Assistant United States Attorney